# EXHIBIT I






tteries represent the next generation of battery power. r energy density allows them to store more energy per unit han other types of batteries. Lithium batteries are also lighter and have a lower self-discharge rate making them ideal for golf carts, powersport equipment, marine and RV, solar energy systems and more.

# Lithium

## RELION - 12 Volt Lithium    close ▲

| Description | CCA | RC | Length | Width | Height | Terminal |
|---|---|---|---|---|---|---|
| RB5 | | | 5.90 | 2.60 | 3.90 | F2 |
| RB10 | | | 5.90 | 3.90 | 4.00 | F2 |
| RB20 | | 20 | 7.10 | 3.00 | 6.70 | M6 |
| RB35 | | | 7.70 | 5.20 | 6.70 | M8 |
| RB40 | | | 7.80 | 6.50 | 6.80 | M8 |

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.

| Description | CCA | RC | Length | Width | Height | Terminal |
|---|---|---|---|---|---|---|
| RB75 | | | 10.20 | 6.60 | 8.60 | M8 |
| RB80 | | | 12.00 | 6.60 | 8.60 | M8 |
| RB100 | | 100 | 13.00 | 6.80 | 8.80 | M8 |
| RB200 | | | 20.50 | 10.50 | 9.00 | M8 |
| RB300 | | | 20.50 | 10.50 | 9.00 | M8 |
| RB100-HP | | 100 | 13.00 | 6.80 | 8.80 | M8 |
| RB300-HP | | | 20.50 | 10.50 | 9.00 | M8 |
| RB24V50 | | | 13.00 | 6.80 | 8.80 | M8 |

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.



| Description | CCA | RC | Length | Width | Height | Terminal |
|---|---|---|---|---|---|---|
| RB48V100 | | | 22.80 | 16.10 | 8.30 | M10 |
| RB48V200 | | | 34.10 | 14.10 | 15.50 | M10 |
| RB48V300 | | 300 | 29.10 | 19.90 | 16.10 | M10 |
| RB60-X | | | 10.20 | 6.60 | 8.60 | M8 |

## RELION - 24 Volt Lithium     open

## RELION - 48 Volt Lithium     open

### Filter by Manufacturers

- ☐ Dakota Lithium
- ☐ Discover - Lithium Blue
- ☐ Precision
- ☐ Trojan
- ☐ Motobatt

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.

 Browse by Voltage

- [ ] 36
- [ ] 12.8
- [ ] 25.6
- [ ] 48
- [ ] 13.2

 Browse by Type

NOCO Boosters & Chargers

SLA

Flooded Lead Acid

AGM

Gel

Conventional

Deep Cycle

Dual Purpose

Starting

Sportsman Series

Accessories

Alkaline

Powersport Premium AGM

Powersport FAS

Powersport Performance Flooded

Powersport Conventional Flooded

Eagle Performance Series

PRO Series

Recreational Series

Charge on the Run Series

Optima Chargers

Traction

MIXTECH

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.





We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.



*From our Blog*

## From Amp Hours to Voltage: Battery Terms



*From our Blog*

## Your Guide to Jet Ski Batteries: Maintenance, Replacement and More

There's nothing quite like slipping into the saddle of your jet ski and skipping across the waves on a warm summer day. To keep the good times going, don't forget to take care of basic battery maintenance. After all, the battery is the heart of your machine, keeping it running

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.

Read More



*From our Blog*

### How to Charge a Car Battery

Click. Click. It's a sound no car owner wants to hear. The key's in the ignition, you're ready to ride, but the engine won't turn over.

A dead battery is, at best, inconvenient — and it can even be dangerous if it leaves you stranded.

Read More

## What Are Lithium Batteries?

Lithium batteries have been around for more than 60 years, but as technology has advanced, they've become increasingly powerful and popular for consumer electronics and vehicles. Lithium batteries work by moving positively charged lithium ions through an electrolyte from the anode to the cathode and back again, creating a consistent, efficient and powerful current.

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.

superior longevity, efficiency and safety compared to traditional lead-acid batteries.

## Benefits of Lithium Batteries

- Low maintenance. Lithium batteries do not retain a memory, nor do they require scheduled cycling to prolong life. They also have a much higher energy density than a traditional lead-acid battery.

- **Efficient. Lithium-ion batteries are rated at about 95% efficiency versus 80% to 85% for a standard lead-acid battery.**

- Greater capacity. Lithium batteries boast 25% to 50% more capacity than lead-acid batteries.
- Longevity. Lithium batteries have up to 10 times the cycle life of equivalent lead-acid batteries.
- Lightweight. Lithium weighs up to 60% less than lead-acid batteries, making them ideal for smaller EVs and powersport equipment.
- Cost-efficient. While lithium batteries cost more than their lead-acid counterparts, their excellent performance, reliability and long lifespan often offset the initial investment.

## Lithium Battery Applications

Our selection of lithium batteries delivers reliable power across sectors, including:

Golf carts. Lightweight and quick to recharge, lithium is the perfect fit for a single cart or an entire fleet.

Marine. Consistent, clean voltage makes lithium ideal for watercraft. The long cycle life and rapid recharge reduce downtime and ensure more time on the water.

Renewable and solar power systems. Efficient, clean and maintenance-free, lithium batteries deliver consistent performance over a longer period, making them a sustainable and economical choice for renewable energy solutions.

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.

If you have any questions or would like more information about our selection of batteries, please don't hesitate to contact us. Our team of battery experts is always ready to assist you.





### Products

Battery Finder
Batteries by Application
Batteries by Brand
Batteries by Type
Equipment
Accessories

### Resources

Battery Recycling Program
Warranty Information
News
FAQs
Blog

### About Us

Our Story
Our Brand Family
Our Mission / Vision / Guiding Principles
Corporate Responsibility
Careers
Compliance

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.



**Find a Location**

**Order Online**

© 2024 Continental Battery Systems. All Rights Reserved.
Privacy & Terms
Powered by Dialogs
Do Not Sell My Information

 We Recycle

We use cookies and other tracking technologies to improve our website and your web experience. To learn more, please read our Privacy Policy.