**EXHIBIT J**

## LITHIUM HUB'S INFRINGEMENT ANALYSIS

### U.S. Patent No. 9,412,994 – RELiON RB100-HP

### Independent Claims 1 and 14

Lithium Hub provides evidence of infringement of independent claims 1 and 14 of U.S. Patent No. 9,412,994 (hereinafter "the '994 patent") by RELiON.  In support thereof, Lithium Hub provides the following claim charts.

"Accused Products" as used herein refers to at least RELiON RB100-HP and the  Accused Products enumerated in the Complaint. These claim charts demonstrate RELiON's infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

Unless otherwise noted, LithiumHub contends that RELiON directly infringes the '994 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Products. *See, e.g.*, RELiON website (available at: https://www.relionbattery.com/products/lithium/rb100-hp). The following exemplary analysis demonstrates that infringement. Unless otherwise noted, LithiumHub further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. RELiON makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 1, 4-9, 11-16, 18-23 of the '994 patent, including without limitation, the Accused Products.

Unless otherwise noted, LithiumHub believes and contends that each element of each claim asserted herein is literally met through RELiON's provision of the Accused Products. However, to the extent that RELiON attempts to allege that any asserted claim element is not literally met, LithiumHub believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, LithiumHub did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein. In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, LithiumHub asserts that, on information and belief, any similarly functioning Accused Product also infringes the charted claim. LithiumHub reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by RELiON. LithiumHub further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| **Claim 1** | |
| **[1p]**<br>A battery pack for driving an electrical device in a 12 volt to 120 volt operating system, said battery pack having a positive terminal and a negative terminal, comprising: | To the extent the preamble is limiting, the RELiON RB100-HP is a battery pack for driving an electrical device in a 12 volt to 120 volt operating system.<br><br><br>https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/user/Legacy-Series-User-Manual_122121.pdf (annotated). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  <br><br>To the extent the preamble is limiting, the RELiON RB100-HP has a positive terminal (10) and a negative terminal (11).<br><br> |

3

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| [1a]<br><br>a battery pack housing having at least a first portion and a mating second portion; | The RELiON RB100-HP has a battery pack housing (1) with a first portion (1A) and a mating second portion (1B).<br><br> |
| [1b]<br><br>at least one lithium-based rechargeable cell within said housing, each such cell having a positive pole and a negative pole; | The RELiON RB100-HP comprises at least one lithium-based rechargeable cell within said housing. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br> |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | Each such cell of the RELiON RB100-HP has a positive pole and a negative pole.<br><br><br><br>Additionally, for example, the polarity of each unit in a cell of the RELiON RB100-HP was demonstrated as having a positive pole and a negative pole by using a multimeter to measure a voltage potential across the positive pole and a negative pole of a cell. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [1c-i]<br>a circuit board within said housing configured to balance each individual cell within said housing, and having a cutoff function incorporated therein, | The RELiON RB100-HP comprises a circuit board (2) within said housing configured to balance (5) each individual cell within said housing (e.g., 5A-5D). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/docs/product/
RELiON-Data-Sheet_RB100-HP.pdf (annotated).

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  | 

For example, as demonstrated by using a multimeter and testing the voltage across each of the cell balancing circuits 5A-5D when one of the cells were discharged relative to the remaining three cells of the RELiON RB100-HP a voltage across three of the respective balancing circuits was observed (*see* photos A-C below) while the remaining balancing circuits remained inactive (*see* photos D below). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  |  The RELiON RB100-HP comprises a circuit board having a cutoff function incorporated therein. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  |  |

https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/docs/product/RELiON-Data-Sheet_RB100-HP.pdf (annotated).

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  | For example, as demonstrated by connecting the battery terminals of the RELiON RB100-HP to a computerized battery analyzer (*see* photo E below), the cutoff functionality is demonstrated by the termination of electrical current when the RELiON RB100-HP was discharged below its rated voltage (*see* photo F below).  Similarly, the cutoff functionality is also demonstrated by the termination of electrical current when the RELiON RB100-HP was charged above its rated voltage (*see* photo G below).  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  |  |
| [1c-ii] | The circuit board of the RELiON RB100-HP includes a plurality of pairs of solid state switches. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| said circuit board including a plurality of pairs of solid state switches with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches, |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br><br>http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The solid state switches of the RELiON RB100-HP are arranged in pairs (e.g., 4i-4xii) with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [1c-iii] each switch having a source and a drain, the switches of a pair of solid state switches being configured such that either the drains of the switches are connected or the sources of the switches are connected; and | Each switch of the RELiON RB100-HP has a source (i.e., "S") and a drain (i.e., "D"). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The switches of a pair of solid state switches of the RELiON RB100-HP are configured such that the drains of the switches are connected. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br><br>For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the RELiON RB100-HP are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs. |

20

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [1d]<br>said parallel configuration of the plurality of solid state switches being connected in series with said one or more cells between said positive and negative terminals of the battery pack. | The parallel configuration of the plurality of solid state switches (4) of the RELiON RB100-HP are connected in series with the one or more cells (7) between the positive (10) and negative terminals (11) of the battery pack. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| Claim 14 | |
| [14p] A battery pack for driving an electrical device in a 1 volt to 120 volt operating system, said battery pack comprising: | To the extent the preamble is limiting, the RELiON RB100-HP is a battery pack for driving an electrical device in a 1 volt to 120 volt operating system. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/user/Legacy-Series-User-Manual_122121.pdf (annotated). |

25

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [14a]<br>a battery pack housing having at least first and second mating portions, said housing having a positive terminal and a negative terminal; | The RELiON RB100-HP includes a battery pack housing (1) having at least first (1A) and second mating portions (1B).<br><br><br><br>The housing of the RELiON RB100-HP has a positive terminal (10) and a negative terminal (11). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [14b]<br>at least one lithium-based rechargeable cell within said housing, said cell having a positive pole and a negative pole; | The RELiON RB100-HP includes at least one lithium-based rechargeable cell within said housing. |

27

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  | Each such cell of the RELiON RB100-HP has a positive pole and a negative pole.<br><br><br><br>Additionally, for example, the polarity of each unit in a cell of the RELiON RB100-HP was demonstrated as having a positive pole and a negative pole by using a multimeter to measure a voltage potential across the positive pole and a negative pole of a cell. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [14c-i]<br>a circuit board within said housing having a cutoff function incorporated therein, | The RELiON RB100-HP comprises a circuit board within the housing. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  The RELiON RB100-HP comprises a circuit board having a cutoff function incorporated therein. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | 

https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/docs/product/RELiON-Data-Sheet_RB100-HP.pdf (annotated). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | For example, as demonstrated by connecting the battery terminals of the RELiON RB100-HP to a computerized battery analyzer (*see* photo A below), the cutoff functionality is demonstrated by the termination of electrical current when the RELiON RB100-HP was discharged below its rated voltage (*see* photo B below).  Similarly, the cutoff functionality is also demonstrated by the termination of electrical current when the RELiON RB100-HP was charged above its rated voltage (*see* photo C below).<br><br> |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
|  |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| [14c-ii]<br><br>said circuit board including a plurality of pairs of solid state switches with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches, | The circuit board of the RELiON RB100-HP includes a plurality of pairs of solid state switches with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches.<br><br> |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br><br>http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The solid state switches of the RELiON RB100-HP are arranged in pairs (e.g., 4i-4xii) with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [14c-iii]<br>each switch having a source and a drain, the switches of a pair of solid state switchers being configured such that either the drains of the switches are connected or the sources of the switches are connected; and | Each switch of the RELiON RB100-HP has a source (i.e., "S") and a drain (i.e., "D"). |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br><br>http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The switches of a pair of solid state switches of the RELiON RB100-HP are configured such that the drains of the switches are connected. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| | <br><br>For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the RELiON RB100-HP are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs. |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |
| [14d]<br>said parallel configuration of the plurality of solid state switches being connected in series with said one or more cells between said positive and negative terminals of the battery pack. | The RELiON RB100-HP includes said parallel configuration of the plurality of solid state switches (4) being connected in series with said one or more cells (7) between said positive (10) and negative terminals (11) of the battery pack. |

41

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |

| US9,412,994 Claim Element | RELiON (RELiON RB100-HP) |
|---|---|
| |  |