**EXHIBIT L**

## LITHIUMHUB'S INFRINGEMENT ANALYSIS

### U.S. Patent No. 9,954,207 – RELiON RB100-HP

### Independent Claims 1 and 12

Lithium Hub provides evidence of infringement of independents claims 1 and 12 of U.S. Patent No. 9,954,207 (hereinafter "the '207 patent") by RELiON.  In support thereof, Lithium Hub provides the following claim charts.

"Accused Products" as used herein refers to at least RELiON RB100-HP and the Accused Products enumerated in the Complaint. These claim charts demonstrate RELiON's infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

Unless otherwise noted, LithiumHub contends that RELiON directly infringes the '207 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Products. *See, e.g.*, RELiON website (available at: https://www.relionbattery.com/products/lithium/rb100-hp). The following exemplary analysis demonstrates that infringement. Unless otherwise noted, LithiumHub further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. RELiON makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 1 and 12 of the '207 patent, including without limitation, the Accused Products.

Unless otherwise noted, LithiumHub believes and contends that each element of each claim asserted herein is literally met through RELiON's provision of the Accused Products. However, to the extent that RELiON attempts to allege that any asserted claim element is not literally met, LithiumHub believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, LithiumHub did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein. In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, LithiumHub asserts that, on information and belief, any similarly functioning Accused Product also infringes the charted claim. LithiumHub reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by RELiON. LithiumHub further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| **Claim 1** | |
| [1p]<br>A battery pack having positive and negative terminals for powering an electric motor for starting an internal combustion engine in which the electric motor is in a 6 volt to 48 volt operating system, said battery pack comprising: | To the extent the preamble is limiting, the RELiON RB100-HP is a battery pack having positive (10) and negative terminals (11).<br><br><br><br>  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | To the extent the preamble is limiting, the RELiON RB100-HP may be used for powering an electric motor for starting an internal combustion engine in which the electric motor is in a 6 volt to 48 volt operating system.<br><br><br><br>https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/user/Legacy-Series-User-Manual_122121.pdf (annotated). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) | |
|---|---|---|
| |  | |
| [1a]<br>a battery pack housing; | The RELiON RB100-HP includes a battery pack housing (e.g., 1A-1B). | |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| [1b]<br>at least one lithium-based rechargeable cell within said housing; and | The RELiON RB100-HP includes at least one lithium-based rechargeable cell (e.g., 7) within the housing. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| [1c-i] | The RELiON RB100-HP includes a solid state switching apparatus. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| a solid state switching apparatus comprising a plurality of pairs of solid state switches with one pair of solid state switches connected in a parallel configuration to another pair of solid state switches, |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | 

http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).

The solid state switches of the RELiON RB100-HP include a plurality of pairs of solid state switches with one pair of solid state switches connected in a parallel configuration to another pair of solid state switches (e.g., 4i-4xii). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
|  |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |
| [1c-ii]<br>each switch having a source and a drain, the switches of a pair of solid state switches being configured such that either the drains of the switches are connected or the sources of the switches are connected, and | Each switch of the RELiON RB100-HP has a source (i.e., "S") and a drain (i.e., "D"). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | <br><br>http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The switches of a pair of solid state switches of the RELiON RB100-HP are configured such that the drains of the switches are connected. |

12

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the RELiON RB100-HP are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| [1c-iii]<br>said parallel configuration being connected with one or more cells between the positive and negative terminals, | The parallel configuration of solid state switches (4) of the RELiON RB100-HP are connected with one or more cells (7) between the positive (10) and negative terminals (11). |

14

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |
| [1d]<br>wherein a total discharging amount of each lithium-based cell in the battery pack is from 3 Ah to 2000 Ah, and charging voltage per one cell is 2.0 to 4.2 V. | The total discharging amount of each lithium-based cell in the RELiON RB100-HP is from 3 Ah to 2000 Ah (e.g, 3.6Ah), and the charging voltage per one cell is from 2.0 to 4.2 V (e.g., 3.2V). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| Claim 12 | |
| [12p]<br>A deep cycle battery having positive and negative terminals in a 6 volt to 800 volt operating system, comprising: | To the extent the preamble is limiting, the RELiON RB100-HP is a deep cycle battery having positive (10) and negative terminals (11) in a 6 volt to 800 volt operating system. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
|  |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/user/Legacy-Series-User-Manual_122121.pdf (annotated). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
| |  |
| [12a]<br>a battery pack housing; | The RELiON RB100-HP includes a battery pack housing. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
| |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| [12b]<br>at least one lithium-based rechargeable cell within said housing; | The RELiON RB100-HP includes at least one lithium-based rechargeable cell (e.g., 7) within said housing. |

23

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |
| [12c] | The RELiON RB100-HP includes a battery management system including a processor (3) and a circuit board (2). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| a battery management system including a processor and a circuit board which protects from one of overvoltage, undervoltage, reverse polarity, short circuit, and extremes of temperature; | <br><br>The RELiON RB100-HP protects from one of overvoltage, undervoltage, reverse polarity, short circuit, and extremes of temperature.  For example, the RELiON RB100-HP includes thermal protection sensors (6) to protect against operation during extreme temperature conditions. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  https://ceb8596f236225acd007-8e95328c173a04ed694af83ee4e24c15.ssl.cf5.rackcdn.com/docs/product/ RELiON-Data-Sheet_RB100-HP.pdf (annotated). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  | <br><br><br><br>Baozhu-TB02-BB8D Datasheet.pdf (annotated).<br><br>Also, for example, as demonstrated by connecting the battery terminals of the RELiON RB100-HP to a computerized battery analyzer (*see* photo A below), the protection circuitry is demonstrated for an undervoltage condition by the termination of electrical current when the RELiON RB100-HP was discharged below its rated |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | voltage (*see* photo B below).  Similarly, the protection circuitry is demonstrated for an overvoltage condition by the termination of electrical current when the RELiON RB100-HP was charged above its rated voltage (*see* photo C below).<br><br> |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |
| [12d-i] | The RELiON RB100-HP includes a solid state switching apparatus. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| wherein said circuit board comprises a solid state switching apparatus comprising a plurality of pairs of solid state switches with one pair of solid state switches connected in a parallel configuration to another pair of solid state switches, |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The RELiON RB100-HP comprises a plurality of pairs of solid state switches with one pair of solid state switches connected in a parallel configuration to another pair of solid state switches (e.g., 4i-4xii). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |
| [12d-ii]<br>each switch having a source and a drain, the switches of a pair of solid state switches being configured such that either the drains of the switches are connected or the sources of the switches are connected, and | Each switch of the RELiON RB100-HP has a source (i.e., "S") and a drain (i.e., "D"). |

34

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | <br><br>http://www.irf.ru/pdf/irfb7434pbf.pdf (annotated).<br><br>The switches of a pair of solid state switches of the RELiON RB100-HP are configured such that the drains of the switches are connected. |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the RELiON RB100-HP are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs. |

36

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| | |
| [12d-iii]<br>said parallel configuration being connected with one or more cells between the positive and negative terminals, | The parallel configuration of solid state switches (4) of the RELiON RB100-HP are connected with one or more cells (7) between the positive (10) and negative terminals (11). |

37

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
| |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
| |  |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
|---|---|
|  |  |
| [12e]<br>wherein a total discharging amount of each lithium-based cell in the battery pack is from 3 Ah to 2000 Ah, and charging voltage per one cell is 2.0 to 4.2 V. | The total discharging amount of each lithium-based cell in the RELiON RB100-HP is from 3 Ah to 2000 Ah (e.g., 3.6Ah), and the charging voltage per one cell is from 2.0 to 4.2 V (e.g., 3.2V). |

| US9,954,207 Claim Element | Relion (RELiON RB100-HP) |
| --- | --- |
|  |  |