## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

In the Matter of

**CERTAIN RECHARGEABLE BATTERIES AND COMPONENTS THEREOF**

**Inv. No. 337-TA-1421**

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of investigation pursuant to 19 U.S.C. 1337

AGENCY:  U.S. International Trade Commission

ACTION:  Notice

SUMMARY:  Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on September 12, 2024, under section 337 of the Tariff Act of 1930, as amended, on behalf of LithiumHub, LLC of Norris, South Carolina; Lithiumhub Technologies, LLC of Marshall, Texas; and Mr. Martin Koebler of Norris, South Carolina.  Supplements to the complaint were filed on September 30, October 2, and October 7, 2024. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain rechargeable batteries and components thereof by reason of the infringement of certain claims of U.S. Patent No. 9,412,994 ("the '994 patent") and U.S. Patent No. 9,954,207 ("the '207 patent"). The complaint further alleges that an industry in the United States exists or is in the process of being established as required by the applicable Federal Statute.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

ADDRESSES:  The complaint, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov.  For help accessing EDIS, please email EDIS3Help@usitc.gov.  Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810.  Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov.

FOR FURTHER INFORMATION CONTACT:  Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2560.

SUPPLEMENTARY INFORMATION:

AUTHORITY:  The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10 (2024).

SCOPE OF INVESTIGATION:  Having considered the complaint, the U.S. International Trade Commission, on October 15, 2024, ORDERED THAT –

(1)  Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1, 4-9, 11-16, and 18-23 of the '994 patent and claims 1-10 and 12-20 of the '207 patent, and whether an industry in the United States exists or is in the process of being established as required by subsection (a)(2) of section 337;

(2)  Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "lithium-ion batteries with 6V or more electrical potential, and components used for domestic assembly of lithium-ion batteries with 6V or more electrical potential, specifically, battery management systems and lithium-based rechargeable cells";

(3)  For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a)  The complainants are:

LithiumHub, LLC
125 Tate Road
Norris, SC 29667

Lithiumhub Technologies, LLC
104 E Houston, Ste. 150
Marshall, TX 75670

Mr. Martin Koebler
125 Tate Road
Norris, SC 29667

(b)  The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:
Bass Pro Outdoor World LLC
2500 East Kearney Street
Springfield, MO 65898

Cabela's LLC
2500 East Kearney Street
Springfield, MO 65898

Navico Group Americas LLC
N85 W12545 Westbrook Crossing
Menomonee Falls, WI 53051

Relion Battery (Shenzhen) Technology Co.
Room 410, 4th Floor, Cui Hua Da Industrial
Park, No. 144 Botanical Garden Road,
Nanyu E Community
Shenzhen, China

Renogy New Energy Co., LTD
25A, Hengye Platinum, No. 1338
Sanxiang Road, Gusu District
Suzhou City, Jiangsu, China

RNG International Inc.
5050 S. Archibald Avenue
Ontario, CA 91762

Clean Republic SODO LLC
225 S. Lucile St.
Seattle, WA 98108

Shenzhen Yichen S-Power Tech Co. LTD
Floor 7, Building B4b,
Yingzhan Industrial Zone, Longtian
Community,
Zehgzi Street, Pingshan District,
Shenzhen, China

Shenzhen Fbtech Electronics LTD
No 4-5, Fendmenyuan Industrial Park,
Fenfhuang Avenue, Longgang
Shenzhen, Guangdong, China

Shenzhen LiTime Technology Co., LTD
Room 301, Building B, Baolong 5th Road
Baolong Community, Baolong Street,
Shenzhen, Guangdong, China

Dragonfly Energy Corp.
1190 Trademark Dr. #108
Reno, NV 89521

Dragonfly Energy Holdings Corp.
1190 Trademark Dr. #108
Reno, NV 89521

MillerTech Energy Solutions LLC
14632 Old State Road
Middlefield, OH 44062

(c)  The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

(4)  For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.13.  Pursuant to 19 C.F.R. 201.16(e) and 210.13(a), as amended in 85 Fed. Reg. 15798 (March 19, 2020), such responses will be considered by the Commission if received not later than 20 days after the date of service by the complainants of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued: October 16, 2024

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

---

In the Matter of

**CERTAIN RECHARGEABLE BATTERIES**
**AND COMPONENTS THEREOF**

**Inv. No. 337-TA-1421**

---

## DESIGNATION OF OUII ATTORNEY
## FOR SERVICE OF PROCESS

The Office of Unfair Import Investigations ("OUII") hereby designates Ryan Schmid,

Esq., (202) 205-2734, Ryan.Schmid@usitc.gov, as OUII's lead attorney for service of process.

It is requested that all documents served by the Commission or filed by the parties in the above-

referenced investigation be served upon this attorney.

Respectfully submitted,

Margaret Macdonald, Director

**OFFICE OF UNFAIR IMPORT INVESTIGATIONS**
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C. 20436
(202) 205-2560
(202) 205-2158 (facsimile)

October 16, 2024

CERTAIN RECHARGEABLE BATTERIES AND       Inv. No. 337-TA-1421
COMPONENTS THEREOF

### <u>PUBLIC CERTIFICATE OF SERVICE</u>

I, Lisa R. Barton, hereby certify that the attached **INSTITUTION OF INVESTIGATION** has been served via EDIS upon the Commission Investigative Attorney, **Ryan Schmid, Esq.,** and upon the following parties as indicated, on **October 16, 2024**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**<u>Complainants:</u>**

| | |
|---|---|
| LithiumHub, LLC<br>125 Tate Road<br>Norris, SC 29667 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification<br>of Availability for Download |
| Lithiumhub Technologies, LLC<br>104 E Houston, Ste. 150<br>Marshall, TX 75670 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification<br>of Availability for Download |
| Martin Koebler<br>125 Tate Road<br>Norris, SC 29667 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification<br>of Availability for Download |

**<u>On Behalf of Complainants:</u>**

| | |
|---|---|
| Thomas R. Burns, Jr.<br>Bartkowski PLLC<br>6803 Whittier Ave, Suite 200A<br>McLean, VA 22101<br>Email: tburns@bartkowskipllc.com | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification<br>of Availability for Download |

**CERTAIN RECHARGEABLE BATTERIES AND**          Inv. No. 337-TA-1421
**COMPONENTS THEREOF**

Certificate of Service – Page 2

**Respondents:**

Bass Pro Outdoor World LLC                      ☐ Via Hand Delivery
2500 East Kearney Street                        ☐ Via Express Delivery
Springfield, MO 65898                           ☐ Via First Class Mail
                                                ☒ Other: Service to Be
                                                Completed by Complainant

Cabela's LLC                                    ☐ Via Hand Delivery
2500 East Kearney Street                        ☐ Via Express Delivery
Springfield, MO 65989                           ☐ Via First Class Mail
                                                ☒ Other: Service to Be
                                                Completed by Complainant

Navico Group Americas LLC                       ☐ Via Hand Delivery
N85 W12545 Westbrook Crossing                   ☐ Via Express Delivery
Menomonee Falls, WI 53051                       ☐ Via First Class Mail
                                                ☒ Other: Service to Be
                                                Completed by Complainant

Relion Battery (Shenzhen) Technology Co.        ☐ Via Hand Delivery
Room 410, 4th Floor, Cui Hua Da Industrial Park, No. 144    ☐ Via Express Delivery
Botanical Garden Road,                          ☐ Via First Class Mail
Nanyu E Community                               ☒ Other: Service to Be
Shenzhen, China                                 Completed by Complainant

Renogy New Energy Co., LTD                      ☐ Via Hand Delivery
25A, Hengye Platinum, No. 1338                  ☐ Via Express Delivery
Sanxiang Road, Gusu District                    ☐ Via First Class Mail
Suzhou City, Jiangsu, China                     ☒ Other: Service to Be
                                                Completed by Complainant

RNG International Inc.                           ☐ Via Hand Delivery
5050 S. Archibald Avenue                        ☐ Via Express Delivery
Ontario, CA 91762                               ☐ Via First Class Mail
                                                ☒ Other: Service to Be
                                                Completed by Complainant

Clean Republic SODO LLC                         ☐ Via Hand Delivery
225 S. Lucile St.

**CERTAIN RECHARGEABLE BATTERIES AND COMPONENTS THEREOF**

**Inv. No. 337-TA-1421**

Certificate of Service – Page 3

Seattle, WA 98108

☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

Shenzhen Yichen S-Power Tech Co. LTD
Floor 7, Building B4b, Yingzhan Industrial Zone, Longtian Community
Zehgzi Street, Pingshan District,
Shenzhen, China

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

Shenzhen Fbtech Electronics LTD.
No 4-5, Fendmenyuan Industrial Park
Fenfhuang Avenue, Longgang
Shenzhen, Guangdong, China

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

Shenzhen LiTime Technology Co., LTD
Room 301, Building B, Baolong 5th Road
Baolong Community, Baolong Street,
Shenzhen, Guangdong, China

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

Dragonfly Energy Corp.
1190 Trademark Dr. #108
Reno, NV 89521

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

Dragonfly Energy Holdings Corp.
1190 Trademark Dr. #108
Reno, NV 89521

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

MillerTech Energy Solutions LLC
14632 Old State Road
Middlefield, OH 44062

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be Completed by Complainant

**CERTAIN RECHARGEABLE BATTERIES AND COMPONENTS THEREOF**                    Inv. No. 337-TA-1421

Certificate of Service – Page 4

**Embassy:**

Embassy of China
3505 International Place NW
Washington, DC  20008

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

**Government Agencies:**

Lynda Marshall
International Section, Antitrust Division
U.S. Department of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Dax Terrill, Chief
Exclusion Order Enforcement Branch
U.S. Customs and Border Protection
Regulations and Rulings
90 K Street NE – 10th Floor
Washington, DC  20229

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Andrew Heimert
Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Summer E. Young, Ph.D., J.D.
HHS Office of the General Counsel, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Room 2B-50
Bethesda, MD 20892

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

LithiumHub, LLC
125 Tate Road
Norris, SC 29667

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Commission's notice of  investigation is enclosed.  Also enclosed is the Section 337 Mediation Program brochure.  After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Lithiumhub Technologies, LLC
104 E Houston, Ste. 150
Marshall, TX 75670

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Commission's notice of investigation is enclosed.  Also enclosed is the Section 337 Mediation Program brochure.  After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Martin Koebler
125 Tate Road
Norris, SC 29667

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Martin Koebler:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Commission's notice of investigation is enclosed.  Also enclosed is the Section 337 Mediation Program brochure.  After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Thomas R. Burns, Jr.
Bartkowski PLLC
6803 Whittier Ave, Suite 200A
McLean, VA 22101

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Thomas R. Burns:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Bass Pro Outdoor World LLC
2500 East Kearney Street
Springfield, MO 65898

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Bass Pro Outdoor World LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Cabela's LLC
2500 East Kearney Street
Springfield, MO 65989

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Cabela's LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Navico Group Americas LLC
N85 W12545 Westbrook Crossing
Menomonee Falls, WI 53051

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Navico Group Americas LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Relion Battery (Shenzhen) Technology Co.
Room 410, 4th Floor, Cui Hua Da Industrial Park,
No. 144 Botanical Garden Road,
Nanyu E Community
Shenzhen, China

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Relion Battery (Shenzhen) Technology Co.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Renogy New Energy Co., LTD
25A, Hengye Platinum, No. 1338
Sanxiang Road, Gusu District
Suzhou City, Jiangsu, China

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Renogy New Energy Co., LTD** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

RNG International Inc.
5050 S. Archibald Avenue
Ontario, CA 91762

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **RNG International Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



---

## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Clean Republic SODO LLC
225 S. Lucile St.
Seattle, WA 98108

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Clean Republic SODO LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Shenzhen Yichen S-Power Tech Co. LTD
Floor 7, Building B4b,
Yingzhan Industrial Zone, Longtian Community
Zehgzi Street, Pingshan District,
Shenzhen, China

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Shenzhen Yichen S-Power Tech Co. LTD** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Shenzhen Fbtech Electronics LTD.
No 4-5, Fendmenyuan Industrial Park
Fenfhuang Avenue, Longgang
Shenzhen, Guangdong, China

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Shenzhen Fbtech Electronics LTD.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Shenzhen LiTime Technology Co., LTD
Room 301, Building B, Baolong 5th Road
Baolong Community, Baolong Street,
Shenzhen, Guangdong, China

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Shenzhen LiTime Technology Co., LTD** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Dragonfly Energy Corp.
1190 Trademark Dr. #108
Reno, NV 89521

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Dragonfly Energy Corp.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Dragonfly Energy Holdings Corp.
1190 Trademark Dr. #108
Reno, NV 89521

**Re:     Certain Rechargeable Batteries and Components Thereof; Inv. No.  337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Dragonfly Energy Holdings Corp.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
  1. Complaint
  2. Notice of Investigation
  3. Code of Federal Regulation
  4. Publication Regarding the Section 337 Mediation Program
  5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

MillerTech Energy Solutions LLC
14632 Old State Road
Middlefield, OH 44062

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **MillerTech Energy Solutions LLC** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Embassy of China
3505 International Place NW
Washington, DC  20008

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  One or more of the parties named in the investigation is located in

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Lynda Marshall
International Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Lynda Marshall:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Dax Terrill, Chief
Exclusion Order Enforcement Branch
U.S. Customs and Border Protection
Regulations and Rulings
90 K Street NE, 10th Floor
Washington, DC  20229-1177

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Dax Terrill:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Andrew Heimert
Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Andrew Heimert:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
   1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 16, 2024

Summer E. Young, Ph.D., J.D.
HHS Office of the General Counsel, NIH Branch
National Institutes of Health
31 Center Drive
Building 31, Room 2B-50
Bethesda, MD 20892

**Re:    Certain Rechargeable Batteries and Components Thereof; Inv. No. 337-TA-1421**

Dear Summer Young:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
   1. Notice of Investigation