**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| LITHIUMHUB, LLC and LITHIUMHUB TECHNOLOGIES, LLC, <br><br>             Plaintiffs, <br><br>     v. <br><br> RELION BATTERY (SHENZHEN) TECHNOLOGY CO. <br> 4th Floor, Cui Hua Sa Industrial Part, <br> No. 144 Botanical Garden Road, <br> Shenzhen <br> China <br><br>             Defendant. | CIVIL ACTION <br><br> NO. 5:24-cv-00135 |

**PROPOSED ORDER ON DEFENDANT'S MOTION TO STAY ALL CLAIMS PENDING FINAL DISPOSITION OF RELATED PROCEEDING BEFORE THE UNITED STATES INTERNATIONAL TRADE COMMISSION**

Upon Defendant Relion Battery (Shenzhen) Technology Co.'s ("Relion" or "Defendant")

motion for the entry of an Order staying this action until the determination of the International

Trade Commission ("ITC") becomes final in ITC Investigation No. 337-TA-1421; and the Court

having considered the papers submitted in support of and in opposition to the within Motion; and

the Court having further considered oral argument of the parties, if any; and the Court having

considered the pleadings and status of this matter; and for the reasons set forth in the record of the

proceedings, and for other good cause having been shown;

**ORDERED** that Defendant's Motion to Stay this action is hereby granted; and it is further

**ORDERED** that this action shall abide by the final outcome on the merits of ITC

Investigation No. 337-TA-1421 and this action shall remain stayed pending further Order of this

Court.